# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | | |
|---|---|---|---|---|
| Case No: | 21-42375    ELM    Judge: Edward L. Morris | | Trustee Name: | Marilyn D. Garner, Trustee |
| Case Name: | Trinity Commercial C | | Date Filed (f) or Converted (c): | 10/08/2021 (f) |
| | | | 341(a) Meeting Date: | 11/10/2021 |
| For Period Ending: | 09/12/2022 | | Claims Bar Date: | 04/18/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined<br>by Trustee, Less<br>Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered<br>(FA)/<br>Gross Value of<br>Remaining<br>Assets |
| 1. UMB Bank, N.A. Checking 8213 | 11,882.00 | 11,882.00 | | 0.00 | 11,882.00 |
| 2. UMB Bank, N.A. Savings Account 7576 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 3. UMB Bank. N.A. Payroll Account 8825 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 4. Certificate of Deposit with UMB Bank, N.A., Account #0455 | 25,913.96 | 25,913.96 | | 0.00 | 25,913.96 |
| 5. Water Oak Investments - Office Lease Security Deposit | 10,234.27 | 10,234.27 | | 0.00 | 10,234.27 |
| 6. Prepaid Estimating Software - Plangrid | 7,143.40 | 7,143.40 | | 0.00 | 7,143.40 |
| 7. Accounts Receivable<br><br>11.a 90 days old or less (face amount) 1,837,107.50-0 = 1,837,107.50<br>11.b Over 90 days old: 2,700.00-2,700.00 = 0.00 | 1,837,107.50 | 1,837,107.50 | | 75,216.98 | 1,761,890.52 |
| 8. Office Furniture<br><br>28. 2019 Furniture and Fixtures $649<br>17. Chairs $260<br>20. Desks $1577<br>24 Furniture $6000<br>21. Desks $555 | 9,041.00 | 9,041.00 | | 0.00 | 9,041.00 |
| 9. Office fixtures Lease Hold Improvements<br><br>25 Leasehold Improvements 2/14/2018 $2566<br>36 Leasehold Improvements 5/7/2018 $6500 | 9,066.00 | 9,066.00 | | 0.00 | 9,066.00 |
| 10. Office equipment, including all computer equipment and communication systems equipment and software<br><br>16 computers and 2 monitors<br>1. 1302 Computer $714<br>2. 1401 Computer $899<br>3. 1402 Computer $878<br>4. 1403 Computer $1137<br>7. 1701 Computer $1137<br>8. 1702 Computer $530<br>9. 1703 Computer $1710<br>10. 1704 Computer $758<br>11. 1705 Computer $1007<br>12. 1706 Computer $740<br>27. 3019 Computers and Related $14009<br>5. Computer $938<br>15. Computer $671<br>19. Computer $713<br>22. Computer $829<br>23. Computer $1764<br>13. Computers $1754<br>16. Monitor $167<br>14. Monitors $329<br>*Sold at Auction held on July 19, 2022 | 30,684.00 | 30,684.00 | | 4,564.00 | FA |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 21-42375 | ELM | Judge: | Edward L. Morris | Trustee Name: | Marilyn D. Garner, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Trinity Commercial C | | | | Date Filed (f) or Converted (c): | 10/08/2021 (f) |
| | | | | | 341(a) Meeting Date: | 11/10/2021 |
| For Period Ending: | 09/12/2022 | | | | Claims Bar Date: | 04/18/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11. Water Department Refund (u) Credit balance of $592.20 to Trinity Commercial due to overpaying - UB 9019662151 Gattis School Rd (final bill) | 592.20 | 592.20 | | 592.20 | 0.00 |
| 12. Capital One Credit Balance Refund ending 2337 (u) | 18.05 | 18.05 | | 0.00 | 18.05 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $1,941,682.38    $1,941,682.38                     $80,373.18    $1,835,189.20

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee continues to collect assets of the Estate, including accounts receivable. Trustee will inspect and attempt to liquidate any remaining personal property (i.e., office furniture etc.) and review claims and prepare an Estate tax return as needed.

Initial Projected Date of Final Report (TFR): 12/30/2022    Current Projected Date of Final Report (TFR): 12/30/2022

Trustee Signature:    /s/ Marilyn D. Garner, Trustee    Date: 09/12/2022

Marilyn D. Garner, Trustee
2001 E. Lamar Blvd., Suite 200
Arlington, TX  76006
(817) 505-1499
mgarner@marilyndgarner.net