**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 21-42375 ELM | Judge: | Edward L. Morris | Trustee Name: | Marilyn D. Garner, Trustee |
|---|---|---|---|---|---|
| Case Name: | Trinity Commercial C | | | Date Filed (f) or Converted (c): | 01/25/2023 (c) |
| | | | | 341(a) Meeting Date: | 11/10/2021 |
| For Period Ending: | 01/30/2023 | | | Claims Bar Date: | 04/18/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  UMB Bank, N.A. Checking 8213 | 11,882.00 | 11,882.00 | | 0.00 | FA |
| 2.  UMB Bank, N.A. Savings Account 7576 | 0.00 | 0.00 | | 0.00 | FA |
| 3.  UMB Bank. N.A. Payroll Account 8825 | 0.00 | 0.00 | | 0.00 | FA |
| 4.  Certificate of Deposit with UMB Bank, N.A., Account #0455 | 25,913.96 | 25,913.96 | | 0.00 | FA |
| 5.  Water Oak Investments - Office Lease Security Deposit | 10,234.27 | 10,234.27 | | 0.00 | FA |
| 6.  Prepaid Estimating Software - Plangrid | 7,143.40 | 7,143.40 | | 0.00 | FA |
| 7.  Accounts Receivable<br><br>11.a 90 days old or less (face amount) 1,837,107.50-0 = 1,837,107.50<br>11.b Over 90 days old: 2,700.00-2,700.00 = 0.00 | 1,837,107.50 | 1,837,107.50 | | 137,775.64 | 1,699,331.86 |
| 8.  Office Furniture<br><br>28. 2019 Furniture and Fixtures $649<br>17. Chairs $260<br>20. Desks $1577<br>24 Furniture $6000<br>21. Desks $555<br>*Doc10 pg83 of 90<br>^Exhibit - Schedule.B.39,40&41.(i) Page 1 of 8 | 9,041.00 | 9,041.00 | | 0.00 | FA |
| 9.  Office fixtures Lease Hold Improvements<br><br>25 Leasehold Improvements 2/14/2018 $2566<br>36 Leasehold Improvements 5/7/2018 $6500<br>*Doc10 pg83 of 90<br>^Exhibit - Schedule.B.39,40&41.(i) Page 1 of 8 | 9,066.00 | 9,066.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 21-42375 | ELM | Judge: | Edward L. Morris | Trustee Name: | Marilyn D. Garner, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Trinity Commercial C | | | | Date Filed (f) or Converted (c): | 01/25/2023 (c) |
| | | | | | 341(a) Meeting Date: | 11/10/2021 |
| For Period Ending: | 01/30/2023 | | | | Claims Bar Date: | 04/18/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10. Office equipment, including all computer equipment and communication systems equipment and software<br><br>16 computers and 2 monitors<br>1. 1302 Computer $714<br>2. 1401 Computer $899<br>3. 1402 Computer $878<br>4. 1403 Computer $1137<br>7. 1701 Computer $1137<br>8. 1702 Computer $530<br>9. 1703 Computer $1710<br>10. 1704 Computer $758<br>11. 1705 Computer $1007<br>12. 1706 Computer $740<br>27. 3019 Computers and Related $14009<br>5. Computer $938<br>15. Computer $671<br>19. Computer $713<br>22. Computer $829<br>23. Computer $1764<br>13. Computers $1754<br>16. Monitor $167<br>14. Monitors $329<br>*Sold at Auction held on July 19, 2022 | 30,684.00 | 30,684.00 | | 4,564.00 | FA |
| 11. Water Department Refund (u)<br><br>Credit balance of $592.20 to Trinity Commercial due to overpaying - UB 9019662151 Gattis School Rd (final bill) | 592.20 | 592.20 | | 0.00 | 592.20 |
| 12. Capital One Credit Balance Refund ending 2337 (u) | 18.05 | 18.05 | | 0.00 | 18.05 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $1,941,682.38    $1,941,682.38    $142,339.64    $1,699,942.11

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee continues her efforts to complete the administration of this Estate. The major assets of the Estate consist of certain office equipment and furnishings as well as accounts receivable. Debtor's accounts receivable are collateral of UMB Bank, N.A. and the Small Business Administration. Trustee filed her motion for surcharge after reaching agreement with secured creditors to collect the accounts receivable and an order approving the surcharge was entered by the Court.

Trustee sold the office equipment at public auction pursuant to an order of the Court. The sum of $4564.00 was realized from the sale. A Report of Sale subsequently was filed with the Court.

Trustee pursued the Estate's interest in certain contract receivables owed by Round Rock - 2151 Gattis School, LP. Round Rock's motion fo relief from stay filed herein resulted in a settlement among the parties as set forth in an agreed order that was entered by the Court. The sum of $75,216.98 was paid to the Estate.

Trustee filed an Adversary Proceeding against Vaquero Duncanville 67 Partners, LP to collect certain contract receivables due to the Estate in the amount of $97,536.35 and for turnover, disallowance of certain claims and other relief. After extensive negotiations, the parties have agreed to settle the Adversary Proceeding upon payment to the Estate of $60,000, dismissal of the action, allowance of certain filed Proofs of claim filed by Defendants and proof of payment by Defendant of amounts paid to subcontractors.

Trustee made demand on Joshua Grove Retail LP for turnover of an account receivable in the amount of $105,031.50. After extensive negotiations, the parties agreed to settle their respective claims which included payment by Joshua of $62,558.66 to the Estate. An order approving the settlement was entered by the Court on October 25, 2022.

Trustee filed her motion for authority to pay UMB Bank, N.A. pursuant to the April 28, 2022 surcharge order. The Court granted the motion and Trustee was authorized to remit the sum of $63,934.43 to UMB Bank, N.A. from the Round Rock receivable recovery and the balance of UMB Bank, N.A.'s secured claim of $116,573.66 for a total payment to UMB Bank, N.A. of $99,087.61 as the balance due on its Amended Secured Claim. (Claim No. 55).

Trustee recently filed her objections to numerous claims, including an omnibus objection to alleged secured claims filed by various subcontractors. Orders regarding the objections are expected to be entered within the next few weeks.

Trustee expects to file at least one other Adversary Proceeding to collect the remaining receivable.

Initial Projected Date of Final Report (TFR): 12/30/2022        Current Projected Date of Final Report (TFR): 12/30/2023

Trustee Signature:    /s/ Marilyn D. Garner, Trustee        Date: 01/30/2023

Marilyn D. Garner, Trustee
2001 E. Lamar Blvd., Suite 200
Arlington, TX  76006
(817) 505-1499
mgarner@marilyndgarner.net