# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 21-42375 | ELM | Judge: | Edward L. Morris | Trustee Name: | Marilyn D. Garner, Trustee |
| Case Name: | Trinity Commercial C | | | | Date Filed (f) or Converted (c): | 01/25/2023 (c) |
| | | | | | 341(a) Meeting Date: | 11/10/2021 |
| For Period Ending: | 01/31/2024 | | | | Claims Bar Date: | 04/18/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined<br>by Trustee, Less<br>Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered<br>(FA)/<br>Gross Value of<br>Remaining<br>Assets |
| 1. UMB Bank, N.A. Checking 8213 | 11,882.00 | 11,882.00 | | 0.00 | FA |
| 2. UMB Bank, N.A. Savings Account 7576 | 0.00 | 0.00 | | 0.00 | FA |
| 3. UMB Bank, N.A. Payroll Account 8825 | 0.00 | 0.00 | | 0.00 | FA |
| 4. Certificate of Deposit with UMB Bank, N.A., Account #0455 | 25,913.96 | 25,913.96 | | 0.00 | FA |
| 5. Water Oak Investments - Office Lease Security Deposit | 10,234.27 | 10,234.27 | | 0.00 | FA |
| 6. Prepaid Estimating Software - Plangrid | 7,143.40 | 7,143.40 | | 0.00 | FA |
| 7. Accounts Receivable<br><br>11.a 90 days old or less (face amount) 1,837,107.50-0 = 1,837,107.50<br>11.b Over 90 days old: 2,700.00-2,700.00 = 0.00 | 1,837,107.50 | 1,837,107.50 | | 265,775.64 | FA |
| 8. Office Furniture<br><br>28. 2019 Furniture and Fixtures $649<br>17. Chairs $260<br>20. Desks $1577<br>24 Furniture $6000<br>21. Desks $555<br>*Doc10 pg83 of 90<br>^Exhibit - Schedule.B.39,40&41.(i) Page 1 of 8 | 9,041.00 | 9,041.00 | | 0.00 | FA |
| 9. Office fixtures Lease Hold Improvements<br><br>25 Leasehold Improvements 2/14/2018 $2566<br>36 Leasehold Improvements 5/7/2018 $6500<br>*Doc10 pg83 of 90<br>^Exhibit - Schedule.B.39,40&41.(i) Page 1 of 8 | 9,066.00 | 9,066.00 | | 0.00 | FA |
| 10. Office equipment, including all computer equipment and communication systems equipment and software<br><br>16 computers and 2 monitors<br>1. 1302 Computer $714<br>2. 1401 Computer $899<br>3. 1402 Computer $878<br>4. 1403 Computer $1137<br>7. 1701 Computer $1137<br>8. 1702 Computer $530<br>9. 1703 Computer $1710<br>10. 1704 Computer $758<br>11. 1705 Computer $1007<br>12. 1706 Computer $740<br>27. 3019 Computers and Related $14009<br>5. Computer $938<br>15. Computer $671<br>19. Computer $713<br>22. Computer $829<br>23. Computer $1764<br>13. Computers $1754<br>16. Monitor $167<br>14. Monitors $329<br>*Sold at Auction held on July 19, 2022 | 30,684.00 | 30,684.00 | | 4,564.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 21-42375 ELM | Judge: | Edward L. Morris | Trustee Name: | Marilyn D. Garner, Trustee |
| --- | --- | --- | --- | --- | --- |
| Case Name: | Trinity Commercial C | | | Date Filed (f) or Converted (c): | 01/25/2023 (c) |
| | | | | 341(a) Meeting Date: | 11/10/2021 |
| For Period Ending: | 01/31/2024 | | | Claims Bar Date: | 04/18/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11. Water Department Refund (u)  Credit balance of $592.20 to Trinity Commercial due to overpaying - UB 9019662151 Gattis School Rd (final bill) | 592.20 | 592.20 | | 592.20 | FA |
| 12. Capital One Credit Balance Refund ending 2337 (u) | 18.05 | 18.05 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $1,941,682.38 | $1,941,682.38 | $270,931.84 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

All assets of the Estate have been administered and objections to claims have been resolved. Trustee expects to submit a Trustee's Final Report (TFR) to the U.S. Trustee after the final tax return has been filed and accepted by the Internal Revenue Service.

Initial Projected Date of Final Report (TFR): 12/30/2022    Current Projected Date of Final Report (TFR): 12/30/2024

Trustee Signature:   /s/ Marilyn D. Garner, Trustee    Date: 01/31/2024

Marilyn D. Garner, Trustee
2001 E. Lamar Blvd., Suite 200
Arlington, TX  76006
(817) 505-1499
mgarner@marilyndgarner.net